HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Richard B. Honig, Esq.
Attorneys for Creditor/Plaintiff Bernabe Cabrera
One Gateway Center
Newark, New Jersey 07102-5323
973.621.9020

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>ABEL HERNANDEZ,<br><br>Debtor. | Case No. 17-16556-JKS<br><br>Chapter 11 Proceeding<br><br>Judge John K. Sherwood |
| BERNABE CABRERA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL HERNANDEZ,<br><br>Debtor/Defendant. | Adversary Proceeding No. 17-1721 JKS<br><br>Return date: April 3, 2018 at 2:00 p.m. |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO:    All Parties-in-Interest on Accompanying Certification of Service

PLEASE TAKE NOTICE that on Tuesday, April 3, 2018 at 2:00 p.m. or as soon thereafter as counsel may be heard, Hellring Lindeman Goldstein & Siegal LLP, attorneys for Plaintiff, Bernabe Cabrera ("Plaintiff"), will move before Hon. John K. Sherwood, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting summary judgment in favor of the Plaintiff and against the Defendant/Debtor, Abel Hernandez ("Debtor"), as follows:

1.    Denying the Debtor a discharge of his debt to the Plaintiff pursuant to 11 U.S.C. §523(a)(4)&(6).

    2.    Denying the Debtor a discharge pursuant to 11 U.S.A. §727(a)(3)&(5).

    3.    For such other and further relief as the Court may deem proper and just.

PLEASE TAKE FURTHER NOTICE that in support of the within motion the Plaintiff shall rely upon the Declaration of Christine Gillen, Esq., Statement of Material Facts Not in Dispute and Memorandum of Law filed contemporaneously herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to 9013-2(a) and 9013-3(d) of the Local Rules of Bankruptcy Practice, this Motion shall be deemed uncontested unless responding papers are filed and served seven (7) days in advance of the scheduled hearing date in accordance with the Local Bankruptcy Rules.

        HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
        Attorneys for Creditor/Plaintiff, Bernabe Cabrera


By:     /s/ Richard B. Honig
        RICHARD B. HONIG
        A Member of the Firm

Dated: March 13, 2018

176501