# Exhibit A

```
 1              IN THE MATTER OF THE ARBITRATION
                             OF:
 2
     SUPERIOR COURT OF NEW JERSEY
 3   LAW DIVISION - HUDSON COUNTY
     DOCKET NO. HUD-L-155-53
 4   -----------------------------------
     BERNABE CABRERA, individually and
 5   derivatively on behalf of MARINERO
     GRILL, INC.,
 6
                                  Plaintiffs,
 7
                                              TRANSCRIPT OF
 8                                             PROCEEDINGS
                      vs.                       Volume I
 9
     ABEL HERNANDEZ and MARINERO GRILL,
10   INC., a New Jersey corporation,

11                                Defendants.
     -----------------------------------
12   ABEL HERNANDEZ,
                                  Plaintiff,
13                    vs.

14   BERNABE CABRERA,
                                  Defendant.
15   -----------------------------------
     RIVER PLAY, LLC,
16                                Plaintiff,

17                    vs.

18   MARINERO GRILL, INC.,
                                  Defendant.
19   -----------------------------------

20
                           B E F O R E:
21         Honorable Thomas P. Olivieri, (PJ.Ch) (ret)

22               Date:  April 27, 2015

23

24   Reported by:
     Celeste A. Galbo, CCR, RMR, RPR
25
```

```
 1           TRANSCRIPT of the proceedings in the

 2  above-entitled matter, as taken by and before CELESTE

 3  A. GALBO, a Certified Court Reporter and Notary

 4  Public of the State of New Jersey, held at the

 5  offices of Chasan, Leyner & Lamparello, P.C., 300

 6  Harmon Meadow Boulevard, Secaucus, New Jersey, on

 7  April 27, 2015, commencing at 10:10 a.m.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1              A P P E A R A N C E S:

 2

 3

 4         DIKTAS & GILLEN, PC
           BY:  CHRISTOS J. DIKTAS, ESQ.
 5              596 Anderson Avenue, Suite 301
                Cliffside Park, New Jersey 07010
 6
           (201) 943-8020
 7
           cdiktas@weblawnj.net
 8
           Attorneys for Bernabe Cabrera
 9

10

11         LAW OFFICES OF GILBERTO M. GARCIA
           BY:  GILBERTO M. GARCIA, ESQ.
12              Court Plaza South
                21 Main Street, Suite 350
13              Hackensack, New Jersey 07601

14         (201) 525-0053

15         gilberto12@aol.com

16         Attorneys for Abel Hernandez

17
     ALSO PRESENT:
18
     Angela B. Shellington, Spanish Interpreter
19   Bernabe Cabrera
     Abel Hernandez
20   Luis Rodriguez

21

22

23

24

25

            Celeste A. Galbo, CCR, RPR, RMR   - - -
celestegw@gmail.com
```

```
1        A.     River Play, right?
2        Q.     Is this the purchase of the small
3   house?
4        A.     Yes.
5        Q.     So this is the deed from Mr. Perma to
6   River Play for 235,000, correct?
7        A.     Yes.
8        Q.     At any time during this closing was
9   Mr. Hernandez involved at the closing table?
10       A.     No.
11       Q.     Did there come a time after the closing
12  that Mr. Hernandez approached you?
13       A.     Yes.
14       Q.     Can you please tell Judge Olivieri the
15  basis of your conversations with Mr. Hernandez?
16       A.     Okay.  He came to my house and I told
17  him that I had purchased the property with the
18  restaurant, and he told me that that was the best
19  restaurant in the town and that the restaurant was
20  worth 1,500,000.  And that he would give me half,
21  $750,000, that he had a check at home for $500,000,
22  that he would give it to me and that in January he
23  was going to receive money from some apartments that
24  he had and he would give me the rest.
25              In the conversation I accepted to sell
```

Cabrera - Direct                                                          70

1   him half of the restaurant and that's where we
2   started to look for a name that we were going to give
3   the restaurant because I wanted to keep it with the
4   name that it previously had. What was the name it
5   had before? I forgot now. It was the restaurant.
6   Well, another name. And he wanted -- he came with
7   River Play -- I mean Marinero Grill, that it looked
8   good because it was next to the river and we reached
9   an agreement.
10              The next day, the day after that, I
11  don't remember exactly we went to the Bank of New
12  Jersey with the name Marinero Grill and the $500,000
13  was deposited into the Marinero Grill account.
14              THE ARBITRATOR: And this was
15  Mr. Hernandez's check?
16              THE WITNESS: Yes.
17              THE ARBITRATOR: And if I may,
18  Mr. Cabrera, Mr. Hernandez said that he believed the
19  restaurant was worth 1.5 million?
20              THE WITNESS: That's what he told me.
21              THE ARBITRATOR: And that he was
22  willing to give you half of that or $750,000?
23              THE WITNESS: Yes.
24              THE ARBITRATOR: And he gave you
25  500,000?

             Celeste A. Galbo, CCR, RPR, RMR   - - -
celestegw@gmail.com

```
1                THE WITNESS:  Yes.
2                THE ARBITRATOR:  With a promise for
3    $250,000 more in a couple of months or so?
4                THE WITNESS:  Yes.
5                THE ARBITRATOR:  All right.
6    BY MR. DIKTAS:
7        Q.   Did at any time did you agree with
8    Mr. Hernandez to sell him or give him 50 percent of
9    River Play, the land?
10       A.   No.
11               THE ARBITRATOR:  May I ask you, sir,
12   Marinero Grill, is a corporation, a limited liability
13   company at the time that the $500,000 was deposited?
14               THE WITNESS:  It was a corporation.
15               THE ARBITRATOR:  And who were the
16   shareholders of the corporation?
17               THE WITNESS:  Abel Hernandez and me.
18               THE ARBITRATOR:  When the $500,000
19   check was deposited into Marinero Grill, are you
20   saying that at that time you and Mr. Hernandez were
21   50 percent owners if you will of that corporation?
22               THE WITNESS:  Of Marinero Grill, yes.
23               THE ARBITRATOR:  When you purchased the
24   property in West New York for $2,350,000, please
25   correct me if I'm wrong, I know that you purchased it
```

Cabrera - Direct                                                        72

1    in the name of River Play, correct?

2              THE WITNESS:  Yes.

3              THE ARBITRATOR:  Was one of the

4    guarantors of the note Marinero Grill?

5              THE WITNESS:  Yes, I think the bank had

6    it like that, yes.

7              THE ARBITRATOR:  And at that time

8    Mr. Hernandez was a 50 percent owner of Marinero

9    Grill when you purchased the West New York property?

10             THE WITNESS:  No.

11             THE ARBITRATOR:  That's what I was

12   trying to figure out.  When did Mr. Hernandez become

13   a 50 percent owner of Marinero Grill -- of the

14   Marinero Grill corporation?

15             THE WITNESS:  After I bought it.  After

16   I bought the property.

17             THE ARBITRATOR:  Was it before he --

18   before you deposited his $500,000 check?

19             THE WITNESS:  Yes.

20             THE ARBITRATOR:  All right.  What

21   caused you before he deposited the $500,000 check to

22   make him a 50 percent owner of Marinero Grill?

23             THE WITNESS:  I did not understand your

24   question.  Can you ask it again?

25             THE ARBITRATOR:  Of course I can.  I

            Celeste A. Galbo, CCR, RPR, RMR    - - -
celestegw@gmail.com

Cabrera - Direct                                                    73

1   think you just testified that Mr. Hernandez became a
2   50 percent owner of the corporation named Marinero
3   Grill after you purchased the West New York
4   properties in the name of River Play.
5           THE WITNESS:  Yes.
6           THE ARBITRATOR:  But before he gave you
7   the $500,000 check that you just testified about?
8           THE WITNESS:  Not before.  Before
9   that -- he told me he had the check, so, but spoken
10  we agreed that we were going to be partners.  So when
11  he put the money in the bank, we signed the papers
12  with Aline and she made the corporation.
13          THE ARBITRATOR:  Okay.  And when you
14  say "she made the corporation," are you testifying
15  that in your mind as a result of the $500,000 that
16  Mr. Hernandez deposited, he became a 50 percent owner
17  of Marinero Grill?
18          THE WITNESS:  Yes.
19          THE ARBITRATOR:  Okay.  Go ahead,
20  Mr. Diktas.
21  BY MR. DIKTAS:
22      Q.    When the $500,000 was deposited into
23  the Bank of New Jersey Marinero Grill, Inc., what was
24  your state of mind?  What did you understand when
25  that money was put into the bank?

        Celeste A. Galbo, CCR, RPR, RMR     - - -
celestegw@gmail.com

1    A.    That the money was mine and that we
2    were putting it into the Marinero Grill account.
3    From that money I took something like $311,000 and
4    the 190,000 stayed in the Marinero Grill account
5    which is mine and we used it to buy from Juan Nunez
6    the liquor license and something like the kitchen so
7    he wouldn't pull them out and take it out and cause
8    more damages and he agreed to it.
9             THE ARBITRATOR:  And why did you decide
10   to take out the amount of $311,000 from the $500,000
11   that was deposited into the Marinero Grill account?
12   Why was it that amount as opposed to some other
13   amount?
14            THE WITNESS:  Because I had to pay
15   $270,000 and I have my office in Bronx, New York.
16   There I have the checkbooks and everything for my
17   businesses there.  Okay?  And I was a little short in
18   the bank, so instead of going to New York, I took the
19   money because that money was mine.  It's something
20   that I sold to him.  Besides that, he still owes me
21   the $250,000 because that's what we agreed on.
22            THE ARBITRATOR:  That was my next
23   question.  Did Mr. Hernandez ever pay you the
24   $250,000 that you say he owed?
25            THE WITNESS:  No.

Cabrera - Direct                                                              75

```
 1                THE ARBITRATOR:  Okay, Mr. Diktas.
 2   Thank you.
 3                MR. DIKTAS:  Thank you.
 4   BY MR. DIKTAS:
 5        Q.    There's a balance of $190,000.  Okay.
 6   Did Mr. Hernandez advise you that it would be in the
 7   best interest of Marinero Grill to buy the existing
 8   kitchen, assets, et cetera?
 9        A.    Yes.
10        Q.    Okay.  Did you do that?
11        A.    Yes, I left it in the account.
12        Q.    Okay.  And you relied on Mr. Hernandez
13   because he's a restauranteur, correct?
14        A.    What was that?
15        Q.    I said you relied on Mr. Hernandez
16   because he's a restauranteur?
17        A.    Yes.
18        Q.    And have you ever had a restaurant
19   before?
20        A.    No.
21        Q.    So this is your first venture into a
22   restaurant?
23        A.    Yes.
24        Q.    And to your knowledge how many
25   restaurants has Mr. Hernandez had?  Purchased?  Sold?
```

             Celeste A. Galbo, CCR, RPR, RMR    - - -
celestegw@gmail.com